Writ of Mandamus Denied, Opinion issued November 6, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01463-CV

## IN RE HEIDI AMOS, Relator

**Original Proceeding from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MA10-68776-F**

# MEMORANDUM OPINION

Before Justices Moseley, FitzGerald, and Myers
Opinion by Justice Myers

Relator contends the trial court erred by granting a motion to reconsider a motion to recuse.

The facts and issues are well known to the parties, so we need not recount them herein. We conclude

relator's petition does not satisfy the requirements of the Texas Rules of Appellate Procedure. *See*

TEX. R. APP. P. 52.3(j); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.–Dallas 2008, orig.

proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus. The stay ordered by

this Court on October 31, 2012, shall remain in place for two days following the date of this order.

LANA MYERS
JUSTICE

121463F.P05